UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>      Plaintiff,<br><br>v.<br><br>JORGE MOLINA et al.,<br><br>      Defendants. | Case No. 2:23-cv-03685-SB-JC<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff Jardine Gougis filed her complaint against Defendants Jorge Molina on May 15, 2023. Dkt. No. 1. On August 11, 2023, Plaintiff effectuated personal service on Defendant Jorge Molina. *See* Dkt. No. 13. Defendant failed to timely respond, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than September 13, 2023, why her claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 13, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendants.

IT IS SO ORDERED.

Date: September 6, 2023

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge